UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY LOOPER,

    Plaintiff,

                                       Case No. 25-cv-11145

v.                                 Hon. Matthew F. Leitman

CITY OF DETROIT, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CLAIMS AGAINST
## DEFENDANT BIANCA MOSLEY WITHOUT PREJUDICE

On February 11, 2026, the Court entered an Order requiring Plaintiff Ashley Looper to show cause, in writing, by February 25, 2026, why this case should not be dismissed for failure to prosecute as to Defendant Bianca Mosley only. (*See* Order, ECF No. 17.) The February 25, 2026, deadline has passed and the Court has received no response from Looper regarding the February Show Cause Order. The claims against Defendant Bianca Mosley are therefore **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  April 14, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2